1
2
3
4
5
6
7            UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA

9  SYMANTEC CORPORATION,              )   Case No.  C06 07868 PJH
                                      )   [Complaint Filed December 22, 2006]
10             Plaintiff,             )
                                      )
11        vs.                         )   [PROPOSED]
                                      )
12  M-PLUS INTERNATIONAL              )   ORDER CONTINUING INITIAL
    TECHNOLOGY, INC., a California    )   CASE MANAGEMENT
13  Corporation; MICROPLUS           )   CONFERENCE
    INTERNATIONAL TECH., aka          )
14  MICROPLUS, a business entity of   )   [F.R.C.P. 26(f); L.R. 3-5]
    unknown organizational form; M-   )
15  PLUS GROUP, a business entity of  )
    unknown organizational form;      )   Old Date:   March 29, 2007
16  AUSTIN INTERNATIONAL              )   Time:       2:30 p.m.
    EXPRESS, a business entity of     )   Ctrm:       3 (17th Floor)
17  unknown organizational form; SIMON )
    P. YU, an individual; and DOES 1-10, )
18  inclusive,                        )   New Date:   April 26, 2007
                                      )   Time:       2:30 p.m.
19             Defendants.            )   Ctrm:       3 (17th Floor)
    _____  )
20                                        Judge       Hon. Phyllis J. Hamilton

21       **GOOD CAUSE APPEARING**, the Court hereby **ORDERS** that the initial

22  case management conference shall be continued from March 29, 2007, until April

23  26, 2007, at 2:30 P.M., in Courtroom 3 (17th Floor).

24  Dated:      03/20/07

25  _____

26
27  _____
    UNITED STATES DISTRI
28

[93332.1]                                 JOINT STIPULATION AND PROPOSED ORDER
                                          CONTINUING INITIAL CASE MANAGEMENT
                                          CONFERENCE