BAUTE & TIDUS LLP
Mark D. Baute (State Bar No. 127329)
Jeffrey A. Tidus (State Bar No. 089585)
Henry H. Gonzalez (State Bar No. 208419)
801 South Figueroa Street, Suite 1100
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

BAY OAK LAW
Andrew K. Jacobson (State Bar No. 148583)
180 Grand Avenue, Suite 700
Oakland, CA 94612-3763
Telephone: (510) 208-5500
Facsimile: (510) 208-5511

Attorneys for Defendants
M-PLUS INTERNATIONAL TECHNOLOGY, INC., MICROPLUS INTERNATIONAL TECH., aka MICROPLUS, M-PLUS GROUP, AUSTIN INTERNATIONAL EXPRESS, and SIMON P. YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>M-PLUS INTERNATIONAL TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. C06 07868 PJH<br>[Complaint Filed December 22, 2006]<br><br>[~~PROPOSED~~] ORDER AND STIPULATION TO CONTINUE PRIVATE MEDIATION COMPLETION DATE<br><br>Current Completion Date: July 30, 2007<br><br>Proposed Completion Date: September 28, 2007<br><br>Judge    Hon. Phyllis J. Hamilton |

1  **IT IS HEREBY STIPULATED** by and between the plaintiff, **SYMANTEC CORPORATION** (hereinafter, "Symantec"), and defendants **M-PLUS INTERNATIONAL TECHNOLOGY, INC., MICROPLUS INTERNATIONAL TECH., aka MICROPLUS, M-PLUS GROUP, AUSTIN INTERNATIONAL EXPRESS,** and **SIMON P. YU,** (hereinafter, collectively "Defendants") as follows:

1. By order dated April 30, 2007, the Court set a Private Mediation Completion Date for July 30, 2007.

2. Trial in this matter is set for March 31, 2008.

3. Mark Baute of Baute & Tidus LLP is lead trial counsel for Symantec in this matter.

4. Andrew K. Jacobson of Bay Oak Law is lead trial counsel for the Defendants.

5. Counsel for Symantec and the Defendants have conducted the early meeting of counsel and have exchanged their initial disclosures. The parties have each served discovery.

6. Because of various scheduling conflicts the parties have been unable to complete mediation and will be unable to do so by the time designated by the Court.

7. Mr. Baute was involved in the trial preparation, including a trial in the Central District of California before Judge Percy Anderson, *Symantec v. Power Media*, Case No. CV 06-4859 PA, that settled on the first day of trial, June 19, 2007 as well as trial preparation for a trial in Marin County, *Neuburger v. SFN*, Case No. CV045583 that was set to begin on July 6, 2007 but was continued on the Court's own motion.

8. Mr. Baute also has a family vacation to the San Juan islands scheduled during the week of July 20-August 5. The vacation was planned prior to this Court's order entered April 20, 2007, and travel arrangements were already

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

made. In addition, Mr. Baute is lead trial counsel for three matters set for trial in August:

>(August 6, 2007) *M.A.P. Properties Limited v. George Elkins, et al.,* LASC Case No. BC357551; (August 13, 2007) *Gunderson v. Wall, et al.,* LASC Case No. BC 338658; and (August 14, 2007) *E.E.O.C. v World Service West,* USDC Case No. CV 04-8009 ABC (PJWx).

9. Mr. Jacobson is a solo practitioner and busy with numerous matters, including trial in *Estate of Carloss*, Alameda County Superior Court on August 21, 2007, *Estate of Eugene Casey, Jr.*, trial scheduled in Tuolumne County Superior Court, September 11th, 2007, and mediations or discovery in numerous matters.

10   The parties have conferred concerning available dates for conducting the private mediation and have agreed to conduct the mediation on September 14, 2007, or September 10, 2007 pending the availability of the mediator.

11. The parties have agreed to mediate this matter before Judge Edward A. Infante of JAMS.

12. The continuance of the mediation date will not affect any of the other dates set by the Court and will not delay the trial.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Symantec and the Defendants, that:

1. The deadline for completing Private Mediation shall be continued

from July 30, 2007 to September 28, 2007.

Dated: July 24, 2007                     BAUTE & TIDUS LLP

                                         By: /s/ Mark D. Baute /HH6
                                         Mark D. Baute
                                         Attorneys for Plaintiff
                                         SYMANTEC CORPORATION

Dated: July 24, 2007                     BAY OAK LAW

                                         By: /s/ Andrew K. Jacobson
                                         Andrew K. Jacobson
                                         Attorneys for Defendants
                                         M-PLUS INTERNATIONAL
                                         TECHNOLOGY, INC.,
                                         MICROPLUS INTERNATIONAL
                                         TECH., aka MICROPLUS, M-
                                         PLUS GROUP, AUSTIN
                                         INTERNATIONAL EXPRESS,
                                         and SIMON P. YU

**IT IS SO ORDERED:**

Dated: 7/26/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

Case No. C06 07868 PJH  [PROPOSED] ORDER AND STIPULATION RE MEDIATION

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age and not a party to the within action; my business address is

✓ BAUTE & TIDUS, LLP; 801 South Figueroa Street, Suite CA 90017; Tel: (213) 630-5004

— ACE MESSENGER AND ATTORNEY SERVICE, INC.
811 Wilshire Boulevard, Suite 900
Los Angeles, CA 90017
Tel: (213) 623-3979

— ACE MESSENGER AND ATTORNEY SERVICE, INC.
149 Ninth Street, Suite 204
San Francisco, CA 94103
Tel: (415) 556-1000

I served the following listed documents on the interested parties in this action as follows:

[SYMANTEC v. M-PLUS INTERNATIONAL TECHNOLOGY, INC.
USDC, Northern District, Case No. C06 07868 PJH
[ 1740.28]

**PROPOSED] ORDER AND STIPULATION TO CONTINUE PRIVATE MEDIATION COMPLETION DATE**

___ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

___ By Facsimile to the names and fax numbers listed below.

___ By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

✓ By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ By E-Mail: I caused the above-referenced document(s) to be e-mailed to the

parties listed below, as noted.

| | |
|---|---|
| Andrew K. Jacobson, Esq.<br>OAK BAY LAW<br>180 Grand Avenue, Suite 700<br>Oakland, CA 94612-3763<br>    Tel:  (510) 208-5500<br>    Fax:  (510) 208-5511 | *Attorney for Defendants*<br>*M-PLUS INTERNATIONAL*<br>*TECHNOLOGY, INC.; MICROPLUS*<br>*INTERNATIONAL TECH; M-PLUS*<br>*GROUP; AUSTIN INTERNATIONAL*<br>*EXPRESS; SIMON P. YU* |

[Rev. February 1, 2007]

☐   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

☐   (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of the United States District Court, ***Central District*** of California, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on  July 24, 2007  at  Los Angeles San Francisco, California.

_____NILO A. CARDENO_____         _____
*print name*                                                 *signature*

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

[Stip Continue Mediation Cutoff Date.wpd]                                    PROOF OF SERVICE