| | |
|---|---|
| 1 | Peter J. Van Zandt – SBN 152321 |
| 2 | L. Jay Pedersen – SBN 127791 |
|   | Joshua N. Rosen – SBN 201090 |
| 3 | BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP |
|   | 601 California Street, 16th Floor |
| 4 | San Francisco, CA 94108 |
|   | Telephone: (415) 981-5411 |
| 5 | Facsimile: (415) 981-0352 |
| 6 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C06-07868 (PJH) |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS AND ORDER OF THE COURT** |
| M-PLUS INTERNATIONAL TECHNOLOGY, INC., A CALIFORNIA CORPORATION, MICRO PLUS INTERNATIONAL TECH., AKA MICROPLUS, M-PLUS GROUP, AUSTIN | |
| Defendants. | |

TO THE COURT, PLAINTIFF SYMANTEC CORPORATION AND ITS COUNSEL:

PLEASE TAKE NOTICE that Defendants Simon Yu, M-Plus International Technology, Inc., Microplus International Technology., aka Microplus, M-Plus Group International Express hereby substitute in the stead of Bay Oak Law Firm, a Professional Law Corporation and Andrew K. Jacobson the law firm of Bledsoe, Cathcart, Diestel, Pedersen & Treppa and Peter J. Van Zandt of that firm.

SUBSTITUTION OF ATTORNEYS AND ORDER OF THE COURT

1  Dated: November 29, 2007　　　　　　　　BLEDSOE, CATHCART,
2　　　　　　　　　　　　　　　　　　　　　DIESTEL & PEDERSEN, LLP
3
4　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　Peter J. Van Zandt
5
6  Dated: November 29, 2007
7　　　　　　　　　　　　　　　　　　　　　BAY OAK LAW FIRM
8
9　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　Andrew K. Jacobson
10
11　　I, Simon Yu, individually and on behalf of M-Plus International Technology, Inc.,
12  Microplus International Technology.. aka Microplus, M-Plus Group and Austin International
13  Express hereby approve and consent to this substitution of attorneys.
14  Dated: November 29, 2007
15
16　　　　　　　　　　　　　　　　　　　　　Simon Yu
17
18　　**IT IS SO ORDERED THAT** the Bay Oak Law Firm, a Professional Law
19  Corporation and Andrew K. Jacobson are relieved of their representation of Defendants
20  Simon Yu, M-Plus International Technology, Inc., Microplus International Technology., aka
21  Microplus, M-Plus Group and Austin International Express and that Bledsoe, Cathcart,
22  Diestel, Pedersen & Treppa and Peter J. Van Zandt of that firm are now counsel of record for
      all defendants.
23
24
25
26　　12/12/07
27
28

　　　　　　　　　　　　　　　　　　　　-2-

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — PHYLLIS J. HAMILTON]
[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton]