UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>M-PLUS INTERNATIONAL TECHNOLOGY INC., et al.,<br><br>Defendant(s). | No. C06-7868 PJH (BZ)<br><br>**ORDER REASSIGNING SETTLEMENT CONFERENCE** |

With the concurrence of Judge Hamilton, this case is reassigned to Magistrate Judge Elizabeth D. Laporte for a settlement conference. Magistrate Judge Zimmerman is no longer assigned to this case.

Dated: December 18, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SYMANTEC.REASSIGN.SC.wpd

1